AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | **SEALED** |
| | ) | Case No. |
| | ) | 4:25-MJ-174 |
| GAVIN RIVERS WEISENBURG | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August or September 2024__ in the county of __Collin__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Sexual Exploitation of Children a/k/a Production of Child Pornography |
| 18 U.S.C. § 2251(e) | Conspiracy to Sexually Exploit Children a/k/a Conspiracy to Produce Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Jerrod McCormick, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Cr. P. 41 by telephone.

Date: _____    07/01/2025 16:32:25
*Judge's signature*

City and state: Plano, Texas    Bill Davis, United States Magistrate Judge
*Printed name and title*